1  COOPER, WHITE & COOPER LLP
   ROBERT A. PADWAY (SBN 48439)
2  rpadway@cwclaw.com
   201 California Street, 17th Floor
3  San Francisco, California 94111
   Telephone:   (415) 433-1900
4  Facsimile:    (415) 433-5530

5  Attorneys for Defendant TRUESCENTS, LLC
   (sued herein as TRUESCENTS, LLC and
6  PROLUBES, LLC)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| METHOD PRODUCTS, INC., | CASE NO. C-06-2158 CRB |
| Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT FOR TRADEMARK INFRINGEMENT, TRADEMARK DILUTION, UNFAIR COMPETITION, AND UNLAWFUL BUSINESS PRACTICES** |
| vs. | |
| TRUESCENTS, LLC and PROLUBES, LLC, | |
| Defendants. | |

It is hereby stipulated by and between Plaintiff METHOD PRODUCTS, INC. ("Plaintiff") and Defendants TRUESCENTS, LLC and PROLUBES, LLC (collectively, "Defendants"), by and through their counsel of record, that Defendants' time to answer, plead and or move on the Complaint may have an additional 21 days to and including May 8, 2006.

No previous extensions of time have been sought or granted in this case.

**IT IS SO STIPULATED.**

DATED: April 24, 2006

COOPER, WHITE, & COOPER LLP
ROBERT A. PADWAY

By: /s/ Robert A. Padway
Robert A. Padway

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

539793.1 / 14288-5000                                                                 C-06-2158 CRB
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT FOR TRADEMARK INFRINGEMENT,
TRADEMARK DILUTION, UNFAIR COMPETITION, AND UNLAWFUL BUSINESS PRACTICES

| | |
|---|---|
| DATED: April 24, 2006 | WINSTON & STRAWN LLP<br>ANDREW P. BRIDGES<br>JENNIFER A. GOLINVEAUX<br>MATTHEW A. SCHERB |
| | By: /s/ Andrew P. Bridges<br>     Andrew P. Bridges |

IT IS SO ORDERED
Judge Charles R. Breyer

April 24, 2006

---

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

539793.1 / 14288-5000

2

C-06-2158 CRB

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT FOR TRADEMARK INFRINGEMENT,
TRADEMARK DILUTION, UNFAIR COMPETITION, AND UNLAWFUL BUSINESS PRACTICES