1  COOPER, WHITE & COOPER LLP
   ROBERT A. PADWAY (SBN 48439)
2     rpadway@cwclaw.com
   201 California Street, 17th Floor
3  San Francisco, California 94111
   Telephone:    (415) 433-1900
4  Facsimile:    (415) 433-5530

5  MATTHEW J BOOTH (Pro Hac Vice)
     matthew.booth@boothlaw.com
6  MATTHEW J BOOTH & ASSOCIATES PLLC
   P.O. BOX 50010
7  Austin, TX 78763-0010
   Telephone: 512 474-8488
8
   Attorneys for Defendants TRUESCENTS, LLC
9  (sued herein as TRUESCENTS, LLC and
   PROLUBES, LLC)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| METHOD PRODUCTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TRUESCENTS, LLC and PROLUBES, LLC, <br><br> Defendants. | CASE NO. C-06-2158 CRB <br><br> **STIPULATION FOR ORDER EXTENDING TIME; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between plaintiff METHOD PRODUCTS, INC. ("Plaintiff") and defendants TRUESCENTS, LLC and PROLUBES, LLC ("Defendants"), by and through their counsel of record, that Defendants' time to answer, plead or move to the Complaint on file herein be extended an additional 7 days, to and including May 15, 2006, in that the parties are actively engaged in settlement negotiations.

/ / /

/ / /

/ / /

/ / /

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

540500.1 / 14288-5000                                          C-06-2158 CRB
STIPULATION FOR ORDER EXTENDING TIME; ORDER THEREON

One previous extension of time has been granted, to and including May 8, 2006.

DATED: May 4, 2006                COOPER, WHITE & COOPER LLP

                                  By: /s/ Robert A. Padway
                                  Robert A. Padway
                                  Attorneys for Defendants TRUESCENTS, LLC
                                  (sued herein as TRUESCENTS, LLC and
                                  PROLUBES, LLC

DATED: May 4, 2006                WINSTON & STRAWN LLP
                                  ANDREW P. BRIDGES
                                  JENNIFER A. GOLINVEAUX
                                  MATTHEW A. SCHERB

                                  By: /s/ Andrew P. Bridges
                                  Andrew P. Bridges
                                  Attorneys for Plaintiff
                                  METHOD PRODUCTS, INC.

IT IS SO ORDERED.

DATED: May 12, 2006

                                  _____
                                  Judge of the United States District Court

                                  IT IS SO ORDERED
                                  Judge Charles R. Breyer
                                  UNITED STATES DISTRICT COURT
                                  NORTHERN DISTRICT OF CALIFORNIA

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

540500.1 / 14288-5000                    2                    C-06-2158 CRB
STIPULATION FOR ORDER EXTENDING TIME; ORDER THEREON