1  WINSTON & STRAWN LLP
    Andrew P. Bridges (SBN: 122761)
2  Jennifer A. Golinveaux (SBN: 203056)
    Matthew A. Scherb (SBN: 237461)
3  101 California Street, Suite 3900
    San Francisco, CA  94111-5894
4  Telephone:    415-591-1000
    Facsimile:     415-591-1400
5  abridges@winston.com; jgolinveaux@winston.com;
    mscherb@winston.com
6
    Attorneys for Plaintiff
7  METHOD PRODUCTS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| METHOD PRODUCTS, INC., | Case No. C-06-2158 CRB |
| Plaintiff, | STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [~~PROPOSED~~] ORDER |
| vs. | |
| TRUESCENTS, LLC and PROLUBES, LLC | |
| Defendants. | |

**STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Method Products, Inc. and Defendants Truescents, LLC and Prolubes, LLC stipulate to voluntary dismissal of this action without prejudice subject to the terms of the parties' settlement agreement.

The parties further stipulate, and request that the Court order, that the Court retain jurisdiction over matters contained in the parties' settlement agreement for the purpose of enforcing, or adjudicating disputes arising from, the parties' settlement agreement.

| | | |
|---|---|---|
| 1 | Dated: June 16, 2006 | WINSTON & STRAWN LLP |
| 2 | | By:  /s/ |
| 3 | | Andrew P. Bridges<br>Jennifer A. Golinveaux<br>Matthew A. Scherb |
| 4 | | |
| 5 | | Attorneys for Plaintiff<br>METHOD PRODUCTS, INC. |
| 6 | Dated: June 16, 2006 | COOPER, WHITE & COOPER |
| 7 | | By:  /s/ |
| 8 | | Robert A. Padway |
| 9 | | Attorneys for Defendants<br>TRUESCENTS, LLC (sued herein as<br>TRUESCENTS, LLC and PROLUBES, LLC) |

**ATTESTATION OF CONCURRENCE**

I, Jennifer A. Golinveaux, declare under penalty of perjury that concurrence in the filing of this document has been obtained from Robert A. Padway, attorney for Defendants.

Dated: June 16, 2006

 /s/
Jennifer A. Golinveaux
Attorney for Plaintiff
METHOD PRODUCTS, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims are hereby dismissed without prejudice subject to the terms of the parties' settlement agreement.

PURSUANT TO STIPULATION, IT IS FURTHER ORDERED that the Court retains jurisdiction over matters contained in the parties' settlement agreement for the purpose of enforcing, or adjudicating disputes arising from, the parties' settlement agreement.

IT IS SO ORDERED.

Dated:  June 20 , 2006    _____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED. Judge Charles R. Breyer — United States District Court, Northern District of California*

STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER
C-06-2158-CRB
SF:134755.3